MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Tel.: (661) 616-2141
Fax: (661) 322-7675
Email: Monica@lawbermudez.com

Attorney for Troy Reiss

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br>v.<br><br>TROY REISS,<br><br>                            Defendant. | CASE NO. 1:19-CR00184- DAD<br><br>STIPULATION TO CONTINUE SENTENCING<br><br>DATE: September 12, 2022<br>TIME:  8:30 a.m.<br>JUDGE: Hon. Dale A. Drozd |

**STIPULATION**

Troy Reiss, by and through his counsel, Monica L. Bermudez and The United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on June 28, 2022, at 8:30 a.m.

2. By this stipulation, the parties move to continue sentencing for the defendant until September 12, 2022, at 8:30 a.m.

3. The parties request the continuance so that counsel for Mr. Reiss can resolve confidential matters for Mr. Reiss and have adequate time to prepare a sentencing memorandum on his behalf. The parties therefore stipulate and request that the current date set for sentencing be vacated and that the matter be reset for sentencing on September 12, 2022, at 8:30 a.m.

1

4. The parties further stipulate and request that the deadlines set for informal objections to the Probation Office and formal objections to the Court be reset in accordance with the continued sentencing date.

IT IS SO STIPULATED.

DATED: June 24, 2022

/s/ Monica L. Bermudez
MONICA L. BERMUDEZ
Counsel for Defendant
TROY REISS

DATED: June 24, 2022

/s/ Antonio Pataca
ANTONIO PATACA
Assistant United States Attorney

**O R D E R**

Pursuant to the parties' stipulation, the sentencing hearing in this action is continued to September 12, 2022, at 8:30 a.m. before the assigned district judge.

IT IS SO ORDERED.

Dated: __**June 24, 2022**__                    _____
UNITED STATES DISTRICT JUDGE

2