MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Tel.: (661) 616-2141
Fax: (661) 322-7675
Email: Monica@lawbermudez.com

Attorney for Troy Reiss

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00184-ADA-BAM |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; FINDINGS AND ORDER |
| v. | |
| TROY REISS, | DATE: January 9, 2023 |
| | TIME: 8:30 a.m. |
| Defendant. | JUDGE: Hon. Ana de Alba |

**STIPULATION**

Troy Reiss, by and through his counsel, Monica L. Bermudez and the United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on October 11, 2022, at 8:30 a.m.

2. By this stipulation, the parties move to continue sentencing for the defendant until January 9, 2023 at 8:30 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

   a. Counsel for Mr. Reiss is currently engaged in trial in the case of People v. Tymere Ross BF173073B. Trial is anticipated to last until Thursday, December 22, 2022. Due to counsel's current unavailability, a brief continuance is needed in this matter until January 9, 2023.

1

1    b.    The government does not object to, and agrees with, the requested continuance.

2

3 **IT IS SO STIPULATED.**

4 DATED: October 4, 2022

5                                       /s/ Monica L. Bermudez
                                        MONICA L. BERMUDEZ
6                                       Counsel for Defendant
                                        TROY REISS
7

8 DATED: October 4, 2022

9                                       /s/ Antonio Pataca
                                        ANTONIO PATACA
                                        Assistant United States Attorney
10

11

12
IT IS SO ORDERED.
13
    Dated:   October 5, 2022
14                                      _____
                                        UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

2