1  PHILLIP A. TALBERT
   United States Attorney
2  ANTONIO J. PATACA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00184-ADA-BAM |
12 |                Plaintiff,  | FINAL ORDER OF FORFEITURE      |
13 |                     v.     |                                |
14 | TROY WAYNE REISS,          |                                |
15 |                Defendant.  |                                |

16

17       WHEREAS, on or about March 25, 2022, the Court entered a Preliminary Order of

18 Forfeiture, forfeiting to the United States all right, title, and interest of defendant Troy Wayne

19 Reiss in the following property:

20       a.  Harrington & Richardson Inc., short-barreled 12-gauge shotgun, serial

21           number AM264928, with an 8-inch barrel;

22       b.  All ammunition.

23       AND WHEREAS, beginning on April 2, 2022, for at least thirty (30) consecutive days,

24 the United States published notice of the Court's Order of Forfeiture on the official internet

25 government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties

26 of their right to petition the Court within sixty (60) days from the first day of publication of the

27 notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited

28 property;

                                                  1

1  AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Troy Wayne Reiss.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   February 2, 2023

UNITED STATES DISTRICT JUDGE