UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TROY WAYNE REISS,<br><br>　　　　　Defendant. | No.  1:19-cr-00184-DAD-BAM<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR A LIST OF PROPERTY AVAILABLE FOR RELEASE TO DEFENDANT'S AUTHORIZED AGENT<br><br>(Doc. No. 75) |

On January 9, 2023, defendant Troy Wayne Reiss was sentenced by the previously assigned district judge to a total term of imprisonment of 284 months in this case.  (Doc. Nos. 71, 72.)  On March 18, 2024, defendant Reiss filed a *pro se* motion seeking an order requiring the government to produce a list of his non-contraband property available for release to his authorized agent.  (Doc. No. 75.)  On March 20, 2024, the government was ordered to respond to defendant's motion.  (Doc. No. 76.)  On April 10, 2024, the government did so, reporting that:

> The government reviewed the property seized and determined the only non-contraband property seized that was not subject to forfeiture was a black T-Mobile cellular phone.  The government has no objection to returning this item to the defendant's representative.
>
> U.S. currency in the amount of $22,820 was seized however the defendant agreed that it could be forfeited in his plea agreement. Doc. 52.  The government contacted Mr. Reiss's former attorney to see if she was aware of any specific property that defendant was seeking to be returned.  Attorney Bermudez advised that she sent Mr. Reiss a letter but had not received a response as of April 9, 2024.

1

> The government will re-review the matter should Mr. Reiss believe there is additional non-contraband property seized from him that is not addressed in this response.

(Doc. No. 77.)[1]

Accordingly, defendant's motion (Doc. No. 75) is granted and the court finds that the government has already complied with this order by providing the requested list of non-contraband property available for release to defendant's authorized agent. The Clerk of the Court is directed that this case shall remain closed.

IT IS SO ORDERED.

Dated: **April 30, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] On April 15, 2024, this case was reassigned to the undersigned. (Doc. No. 79.)

2